IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONAN CHIANG, Derivatively on Behalf of Fibrogen, Inc., | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 21-1811-RGA |
| ENRIQUE CONTERNO, et al., | : : | |
| Defendants. | : | |

**O R D E R**

WHEREAS, the above-captioned case was stayed on April 19, 2022, due to related litigation pending before the United States District Court for the Northern District of California (D.I. 7);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the related litigation before the United States District Court for the Northern District of California has been resolved so that this case may be reopened and other appropriate action may be taken.

April 19, 2022
   DATE

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE