# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE ASSAD, Derivatively on Behalf of FIBROGEN, INC.,<br><br>        Plaintiff,<br>v.<br><br>ENRIQUE CONTERNO, PAT COTRONEO, CHRISTINE CHUNG, MARK EISNER, JAMES A. SCHOENECK, K. PEONY YU, SUZANNE BLAUG, AOIFE BRENNAN, BENJAMIN F. CRAVATT, JEFFREY L. EDWARDS, JEFFREY W. HENDERSON, MAYKIN HO, THOMAS F. KEARNS JR., GERALD LEMA, RORY B. RIGGS, and KALEVI KURKIJÄRVI,<br><br>        Individual Defendants,<br>-and-<br><br>FIBROGEN, INC., a Delaware corporation,<br><br>        Nominal Defendant. | Case No. 1:21-cv-01811-RGA |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff George Assad ("Plaintiff"), Individual Defendants Enrique Conterno, Pat Cotroneo,

Christine Chung, Mark Eisner, James A. Schoeneck, the Estate of Thomas B. Neff, K. Peony Yu, Suzanne Blaug, Aoife Brennan, Benjamin F. Cravatt, Jeffrey L. Edwards, Jeffrey W. Henderson, Maykin Ho, Thomas F. Kearns Jr., Gerald Lema, Rory B. Riggs, and Kalevi Kurkijärvi ("Individual Defendants"), and Nominal Defendant Fibrogen, Inc. ("FibroGen") (collectively, "Defendants" and, with the Plaintiff, the "Parties") hereby stipulate that this action be dismissed without prejudice as to all claims and causes of action, with each party bearing that party's own attorney's fees and costs.

Notice to shareholders of this stipulation of voluntary dismissal is not required under Federal Rule of Civil Procedure 23.1(c) because the dismissal is without prejudice and no compensation in any form has passed directly or indirectly from any of the Defendants to the Plaintiff or Plaintiff's attorneys and no promise to give any such compensation has been made.

Dated: November 14, 2024

| **BIELLI & KLAUDER, LLC** | **MORRIS NICHOLS ARSHT & TUNNELL, LLP** |
|---|---|
| */s/ Ryan M. Ernst* <br> Ryan M. Ernst (#4788) <br> 1204 N. King Street <br> Wilmington, DE 19801 <br> (302) 830-4600 <br> rernst@bk-legal.com | */s/ Elizabeth A. Mullin* <br> D. McKinley Measley (#5108) <br> Elizabeth A. Mullin (#6380) <br> 1201 N. Market Street <br> Wilmington, DE 19801 <br> (302) 658-9200 <br> dmeasley@morrisnichols.com <br> emullin@morrisnichols.com |

| | |
|---|---|
| **LEVI & KORSINSKY, LLP**<br>Daniel Tepper<br>Correy A. Suk<br>33 Whitehall Street, 17th Floor<br>New York, NY 10004<br>Telephone: (212) 363-7500<br>dtepper@zlk.com<br>csuk@zlk.com<br><br>*Attorneys for Plaintiff George Assad* | **COOLEY LLP**<br>John C. Dwyer<br>Patrick E. Gibbs<br>Tijana M. Brien<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>dwyerjc@cooley.com<br>pgibbs@cooley.com<br>tbrien@cooley.com<br><br>*Attorneys for Defendants FibroGen, Inc., Enrique Conterno, Pat Cotroneo, Christine Chung, Mark Eisner, James A. Schoeneck, Suzanne Blaug, Aoife Brennan, Benjamin F. Cravatt, Jeffrey L. Edwards, Jeffrey W. Henderson, Maykin Ho, Thomas F. Kearns, Jr., Gerald Lema, Rory B. Riggs, and Kalevi Kurkijarvi*<br><br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br><br>*/s/ Bruce A. Ericson*<br>Bruce A. Ericson<br>Lee Brand<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 983-1000<br>bruce.ericson@pillsburylaw.com<br><br>*Attorneys for Defendant K. Peony Yu* |

IT IS SO ORDERED this  15  day of    November   , 2024.

/s/ Richard G. Andrews
_____
HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE